RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
Email: rholley@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
Email: tedwards@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

LANCE N. JURICH, ESQ. *(Admitted Pro Hac Vice)*
California Bar No. 132695
Email: ljurich@loeb.com
LOEB & LOEB, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone:   310/282-2211
Facsimile:   310/919-3897

*Counsel for City National Bank*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Appeal No. 2:14-cv-00017-MMD |
| CHARLESTON ASSOCIATES, LLC, | |
| Debtor | Bankruptcy Case No. 13-10499-LBR |
| | Chapter 11 |
| CHARLESTON ASSOCIATES, LLC, | Adversary No. 10-1452-LBR |
| Plaintiff/Appellant | Appeal Reference No. 14-01 |
| vs. | **UNOPPOSED MOTION TO EXTEND CITY NATIONAL BANK'S AND RA SOUTHEAST LAND COMPANY'S DEADLINE TO FILE BRIEFS** |
| RA SOUTHEAST LAND COMPANY, LLC; CITY NATIONAL BANK, | |
| Defendants/Appellees. | **(First Request)** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY1377842.4
014342-10119

UNOPPOSED MOTION TO EXTEND TIME

1  City National Bank ("CNB") and RA Southeast Land Company, LLC ("RAS", together with CNB (the "Movants"), move pursuant to Bankruptcy Rules 8013 and 8018 for entry of an order extending the deadline, if there is one, for Movants to file and serve their response to Statement of Appellant Charleston Associates, LLC in Lieu of Opening Brief [Docket 32], in accordance with this Court's September 23, 2015 Minute Order (Docket No. 29). Counsel for CNB represents that Appellant Charleston Associates, LLC does not oppose an extension of time to and including December 1, 2015. It is the position of RAS that since no Opening Brief was filed by Charleston Associates, LLC, that there is no deadline to file an Answering Brief.

This is CNB's and RAS's first request for an extension.

Movants submit there is good cause for the requested extension because Movants have to determine the proper response to a statement in lieu of opening brief, a document not authorized by rules or case law, and counsel is preparing for a November 17, 2015 oral argument before the Ninth Circuit.

Dated: November 13, 2015

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

  /s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

LANCE N. JURICH, ESQ. *(Pro Hac Vice)*
California Bar No. 132695
LOEB & LOEB, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067

*Attorneys for City National Bank*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY1377842.4
014342-10119

2

UNOPPOSED MOTION TO EXTEND TIME

JOINDER:

/s/   Lenard E. Schwartzer
    Lenard E. Schwartzer, Esq.
    Schwartzer & McPherson Law Firm
        and
    Steve Morris, Esq.
    Rosa Solis-Rainey, Esq.
    MORRIS LAW GROUP
*Attorneys for RA Southeast Land Co., LLC*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~
DATED:  November 16, 2015

---

NY1377842.4
014342-10119

3
UNOPPOSED MOTION TO EXTEND TIME

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations