UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br>CHARLESTON ASSOCIATES, LLC,<br><br>Debtor. | Case No. 2:14-cv-00017-MMD<br><br>Bankruptcy Case No. 13-10499-lbr<br>Chapter 11<br><br>Adversary No. 10-01452-lbr |
| CHARLESTON ASSOCIATES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>RA SOUTHEAST LAND COMPANY, LLC, a Nevada limited liability company, et al.<br><br>Defendant. | ORDER |
| CHARLES ASSOCIATES, LLC,<br><br>Appellant,<br>v.<br><br>RA SOUTHEAST LAND COMPANY, LLC and CITY NATIONAL BANK,<br><br>Appellees. | |

Appellant has not shown cause why this appeal should not be dismissed. In Appellant's response to the order to show cause, Appellant contends that this appeal should not be dismissed because one of the judgments on appeal involves attorneys' fees and costs awarded by the Bankruptcy Court. (Dkt. no. 43.) Appellant cites to its statement filed in lieu of an opening brief. However, in that statement, Appellant

represents that "[a]ll of the issues in this appeal are the subject of other fully briefed pending appeals in either the United States District Court of Appeals for the Ninth Circuit (Case number 13-16698) ("the Ninth Circuit Appeal") or this Court (Case Number 2:14-cv-01766-MMD)."  (Dkt. no. 32 at 2.)  Appellant represents that the orders granting attorneys' fees are the subject of the appeal in case no. 2:14-cv-01766-MMD ("Attorneys' Fees Appeal"). Accordingly, dismissal of this appeal will not affect Appellant's appeal in the Attorneys' Fees Appeal, which will be decided in the normal course of the Court's disposition of pending matters.

It is therefore ordered that this appeal is dismissed. RA Southeast Land Company's unopposed motion to strike and motion to supplement (dkt. nos. 36, 41) are denied as moot.

The Clerk is directed to close this case.

DATED THIS 15th day of March 2016.

MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE